1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, a foreign insurance company,<br><br>        Plaintiff,<br><br>   v.<br><br>DIAMOND PLASTICS CORPORATION, a Nevada corporation; H.D. FOWLER COMPANY, a corporation;<br><br>        Defendants. | CASE NO. C19-1983-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion for an extension of time for Defendant H.D. Fowler Company to respond to Plaintiff's complaint (Dkt. No. 18). Having thoroughly considered the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion. Defendant H.D. Fowler Company shall file its answer or otherwise respond to Plaintiff's complaint no later than February 3, 2020. The deadline for pleadings responsive to Defendant H.D. Fowler Company's response shall be computed from the date on which the response is filed in accordance with the Federal Rules of Civil Procedure.

//

DATED this 13th day of January 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk