THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, a foreign insurance company,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND PLASTICS CORPORATION, a Nevada corporation; H.D. FOWLER COMPANY, a corporation,<br><br>Defendants. | CASE NO. C19-1983-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff and Defendant H.D. Fowler Company have filed a stipulation and proposed order of voluntary dismissal of Defendant H.D. Fowler Company (Dkt. No. 40). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and Defendant H.D. Fowler Company is DISMISSED without prejudice and without an award of costs or attorney fees to either party.

//

//

//

MINUTE ORDER
C19-1983-JCC
PAGE - 1

1 DATED this 1st day of June 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk