THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE PHOENIX INSURNACE COMPANY, a foreign insurance company,<br><br>Plaintiff,<br>v.<br><br>DIAMOND PLASTICS CORPORATION, a Nevada corporation, and H.D. FOWLER COMPANY, a corporation,<br><br>Defendants. | CASE NO. C19-1983-JCC<br><br>MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Plaintiff previously filed a motion to strike material from Defendant's counter claims that Plaintiff believed was privileged. (Dkt. No. 27.) In responding to Plaintiff's motion, Defendant filed the disputed material under seal. (Dkt. No. 34.) The Court ultimately denied Plaintiff's motion but did not specifically address whether the disputed material should remain under seal. (*See generally* Dkt. No. 49.) Because the Court concluded that the disputed material was not privileged, (*see id.* at 5–7), the Court hereby DENIES Defendant's motion to seal (Dkt. No. 34) and DIRECTS the Clerk to unseal Docket Number 36.

MINUTE ORDER
C19-1983-JCC
PAGE - 1

DATED this 24th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-1983-JCC
PAGE - 2