# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, a foreign insurance company;<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DIAMOND PLASTICS CORPORATION, a Nevada corporation; H.D. FOWLER COMPANY, a corporation;<br>　　　　　　Defendants. | CASE NO. 2:19-cv-01983<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE AND STIPULATION TO DISMISS ACTION; [PROPOSED] ORDER**<br><br>Complaint Filed: Dec. 4, 2019 |

　　IT IS HEREBY STIPULATED by and between plaintiff/counter-defendant The Phoenix Insurance Company and defendant/counter-claimant Diamond Plastics Corporation, by and through their respective counsel of record, as follows:

　　Whereas, the parties have reached a settlement of this action and the settlement agreement has now been fully executed and funded,

NOTICE OF SETTLEMENT AND
STIPULATION TO DISMISS ACTION
(FRCP 41(a)(1))
Case No. 2:19-cv-01983

THE AGUILERA LAW GROUP, APLC
23046 Avenida De La Carlota, Suite 300
Laguna Hills, CA  92653
T: 714-384-6600    F:714-384-6601

1

1  The parties hereby stipulate that the entire action be dismissed with prejudice pursuant
2  to FRCP 41(a)(1).  The parties further stipulate that each side shall bear their own costs and
3  fees.

4

5  **SO STIPULATED.**

6

7                                                                    **THE AGUILERA LAW GROUP, APLC**

8

9  Dated: August 20, 2021                  *s/ Raymond E. Brown*
10                                                                     Raymond E. Brown, WSBA #51001
                                                                       23046 Avenida De La Carlota, Suite 300
11                                                                    Laguna Hills, CA 92653
                                                                       T: 714-384-6600 / F: 714-384-6601
12                                                                    rbrown@aguileragroup.com
                                                                       *Counsel for plaintiff/counter-defendant*
13                                                                    *The Phoenix Insurance Company*

14

15                                                                   **FRIEDMAN | RUBIN**

16

17
    Dated: August 20, 2021                  *s/ Richard Dykstra*
18                                                                    Richard Dykstra, WSBA #5114
                                                                       1109 First Ave., Suite 501
19                                                                    Seattle, WA 98101
                                                                       T: 206-501-4446
20                                                                    *Counsel for defendant/counter-claimant*
21                                                                    *Diamond Plastics Corporation*

22

23

24

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT THIS ENTIRE ACTION IS DISMISSED WITH PREJUDICE. EACH SIDE SHALL BEAR THEIR OWN COSTS AND FEES.**

Dated: _____    _____
                                  Hon. John C. Coughenour,
                                  Judge, United States District Court

NOTICE OF SETTLEMENT AND
STIPULATION TO DISMISS ACTION
(FRCP 41(a)(1))
Case No. 2:19-cv-01983

THE AGUILERA LAW GROUP, APLC
23046 Avenida De La Carlota, Suite 300
Laguna Hills, CA  92653
T: 714-384-6600    F:714-384-6601

3

I, Dominique Alferez, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within-action. My business address is 23046 Avenida De La Carlota, Suite 300, Laguna Hills, CA 92653. On *August 20, 2021*, I served a copy of the following documents:

DOCUMENT(S) SERVED:
**NOTICE OF SETTLEMENT OF ENTIRE CASE AND STIPULATION TO DISMISS ACTION; [PROPOSED] ORDER**

SERVED UPON:          **SEE ATTACHED SERVICE LIST**

☒ (BY ELECTRONIC FILING WITH THE U.S. DISTRICT COURT) By submitting said documents for Electronic Case Filing on *August 20, 2021*.

☐ (BY ELECTRONIC MAIL) By e-mailing the document(s) to the persons at the email address(es) listed based on notice provided on *March 20, 2020*, that during the Coronavirus (COVID-19) pandemic, this firm is working remotely, not able to send physical mail as usual, and is, therefore, using only electronic mail. The transmission was reported as complete and without error. I further verify that the documents have been electronically transmitted from my registered email address (dalferez@aguileragroup.com) provided by my employer, The Aguilera Law Group, APLC, and were sent at approximately 5:00 p.m. on *August 20, 2021.*

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on *August 20, 2021*, at Costa Mesa, California.

*s/ Dominique Alferez*
Dominique Alferez

---

**CERTIFICATE OF SERVICE**                               **THE AGUILERA LAW GROUP, APLC**
23046 Avenida De La Carlota, Suite 300
Laguna Hills, CA  92653
T: 714-384-6600    F: 714-384-6601

**SERVICE LIST**
*The Phoenix Insurance Company v. Diamond Plastics Corporation*
Case No. 2:19-cv-01983-JCC
USDC Western Washington

| | |
|---|---|
| Richard Dykstra WSBA#5114<br>**FRIEDMAN RUBIN PLLP**<br>1109 First Avenue, Suite 501<br>Seattle, WA 98101<br>rdykstra@friedmanrubin.com<br>nskretta@friedmanrubin.com<br>AAckel@friedmanrubin.com | Attorneys for Defendant:<br><br>**DIAMOND PLASTICS CORPORATION** |
| ~~Robert S. Marconi WSBA#16369~~<br>~~**ASHBAUGH BEAL LLP**~~<br>~~701 5th Avenue, Suite 4400~~<br>~~Seattle, WA 98104~~<br>~~T: 206-386-5900~~<br>~~bmarconi@ashbaughbeal.com~~ | ~~Attorneys for Defendant:~~<br><br>~~**H.D. FOWLER COMPANY**~~ |

**CERTIFICATE OF SERVICE**

**THE AGUILERA LAW GROUP, APLC**
23046 Avenida De La Carlota, Suite 300
Laguna Hills, CA  92653
T: 714-384-6600    F:714-384-6601