THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, | CASE NO. C19-1983-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DIAMOND PLASTICS CORPORATION, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order of dismissal (Dkt. No. 63). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Here, all parties that have appeared stipulate that this action should be dismissed with prejudice and without an award of costs or attorney fees to either party. (Dkt No. 63.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. The Clerk is directed to CLOSE this case.

//

//

//

MINUTE ORDER
C19-1983-JCC
PAGE - 1

DATED this 20th day of August 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk